1
2
3
4
5
6
7
8

9    **UNITED STATES DISTRICT COURT**

10   **DISTRICT OF NEVADA**

11   KRISTIE A. SCAMMELL,

12              Plaintiff,                                Case No. 2:10-cv-01428-LRH-RJJ

13        v.                                              **STIPULATION AND ORDER TO DISMISS**
                                                          **PLAINTIFF'S RETALIATION CLAIM**
14   NEVADA RESTAURANT SERVICES,                          **AND WITHDRAW DEFENDANT'S**
     INC. d/b/a DOTTY'S, a Nevada                         **MOTION TO DISMISS (DOCKET #9) AS**
15   corporation; ROE CORPORATIONS I                      **MOOT**
     through X, inclusive; and DOES I through
16   X, inclusive,

17              Defendants.

18        Defendant Nevada Restaurant Services, Inc. d/b/a Dotty's ("Defendant") and Plaintiff

19   Kristie A. Scammell by and through their respective counsel of record hereby stipulate and agree

20   that Plaintiff's second cause of action alleging retaliation shall be dismissed with prejudice.  The

21   parties further stipulate and agree that Defendant's Motion to Dismiss filed on January 28, 2011

22   should be withdrawn as moot.  The parties further stipulate that each party shall bear its own

23
24
25
26
27
28

attorneys fees and costs associated with Defendant's Motion to Dismiss.  Finally, the parties

further stipulate that Defendant's answer shall be due within ten (10) days of the date this

stipulation is submitted.

        Dated this 15th day of February, 2011.

LAW OFFICE OF KRISTINA S. HOLMAN          JACKSON LEWIS LLP


        /s/ Kristina S. Holman                        /s/ Lisa A. McClane
Kristina S. Holman, Bar No. 3742          Elayna J. Youchah, Bar # 5837
1100 East Bridger Avenue                  Lisa A. McClane, Bar # 10139
Las Vegas, Nevada 89101                   3960 Howard Hughes Parkway, Ste. 450
                                          Las Vegas, Nevada  89169

*Attorneys for Plaintiff*                 *Attorneys for Defendant*



## ORDER


IT IS SO ORDERED.

DATED this 17th day of February, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE